THE HONORABLE JAMAL WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington Corporation,<br><br>                                  Plaintiff,<br><br>                  v.<br><br>ATM SHAFIQUL KHALID; XENCARE SOFTWARE, INC.,<br><br>                                  Defendants. | Case No. 2:24-cv-448<br><br>**STIPULATED MOTION FOR TEMPORARY STAY PENDING SETTLEMENT**<br><br>NOTED ON MOTION CALENDAR: MAY 24, 2024 |

Plaintiff Microsoft Corporation ("Microsoft") and Defendants ATM Shafiqul Khalid and Xencare Software, Inc. (together "Khalid"), through their undersigned counsel, respectfully move this Court to stay all proceedings in the above-captioned case (as well as in the Related Case of *Khalid, et al. v. Microsoft Corp.*, 2:24-cv-449) for 30 days. In support of this motion, the Parties state as follows:

1. The Parties have reached a settlement in principle that will resolve all claims in this litigation and in the Related Case.

2. The Parties are currently in the process of drafting and finalizing a formal settlement

agreement, which will include the necessary terms and conditions to fully and finally resolve this matter as well as the Related Case.

3. The Parties require additional time to finalize the settlement agreement and to execute the necessary documents.

4. Staying the litigation at this juncture will conserve judicial resources and avoid unnecessary expenditures by the Parties while they complete the settlement process.

5. The Parties anticipate that they will be able to file a stipulation of dismissal with prejudice within 30 days.

6. No party will be prejudiced by the requested stay, and the stay will promote judicial economy and efficiency.

WHEREFORE, the Parties respectfully request that the Court enter an order staying all proceedings in this case and the Related Case, including all deadlines and hearings, for a period of 30 days to allow the Parties to finalize and execute the settlement agreement and to file a stipulation of dismissal with prejudice.

IT IS SO STIPULATED, through counsel of record.

Dated: May 24, 2024

    s/ *Heidi B. Bradley*
Heidi B. Bradley, WSBA No. 35759
BRADLEY BERNSTEIN SANDS LLP
2800 First Avenue, Suite 326
Seattle, WA 98121
206-337-6551
hbradley@bradleybernstein.com

STIPULATED MOTION TO STAY
CASE NO. 2:24-CV-448

2

BRADLEY BERNSTEIN SANDS LLP
2800 FIRST AVENUE, SUITE 326
SEATTLE, WA  98121
206.337.6551

Erin Bernstein, *admitted pro hac vice*
Gina Elliott, *admitted pro hac vice*
BRADLEY BERNSTEIN SANDS LLP
3911 Harrison St., Suite 100
Oakland, CA 94611
ebernstein@bradleybernstein.com
gelliott@bradleybernstein.com

Irene Yang, *admitted pro hac vice*
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
irene.yang@sidley.com

*Attorneys for Plaintiff Microsoft Corp.*


        s/  Mark P. Walters
Mark P. Walters, WSBA30819
Mitchell D. West, WSBA 53103
LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Suite 1130
Seattle, WA 98101
206-381-3300
Walters@lowegrahamjones.com
West@lowegrahamjones.com

*Attorneys for Defendants ATM Shafiqul Khalid and Xencare Software, Inc.*

---

STIPULATED MOTION TO STAY
CASE NO. 2:24-CV-448

3

BRADLEY BERNSTEIN SANDS LLP
2800 FIRST AVENUE, SUITE 326
SEATTLE, WA  98121
206.337.6551

ORDER

In light of the parties' representation that they are near a settlement and their stipulation to stay this matter to facilitate this case's settlement, the Court DENIES as MOOT Defendant's motion to stay at Dkt. No. 16 and GRANTS the parties' motion to stay. The parties shall file a joint status report within 30 days of this Order if they have not reached a settlement.

Dated: June 10th, 2024.

_____
Jamal N. Whitehead
United States District Judge

STIPULATED MOTION TO STAY
CASE NO. 2:24-CV-448

4

BRADLEY BERNSTEIN SANDS LLP
2800 FIRST AVENUE, SUITE 326
SEATTLE, WA  98121
206.337.6551